FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Apr 29 2026

**KEVIN P. WEIMER** , Clerk

By: B. Evans

Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Stephen R. Murphy

**CRIMINAL COMPLAINT**

Case Number:  1:26-MJ-506

I, the undersigned complainant depose and say under penalty of perjury that the following is true and correct to the best of my knowledge and belief.  On or about April 29, 2026 in Clayton County, in the Northern District of Georgia, defendant did, knowingly transport or ship using any means or facility of interstate or foreign commerce a visual depiction, the producing of such visual depiction involving the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct,

in violation of Title 18, United States Code, Section 2252(a)(1).

I further state that I am a Task Force Officer and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.    Yes

*Travis McGhie*

Signature of Complainant

Travis McGhie

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

| April 29, 2026 | at | Atlanta, Georgia |
|---|---|---|
| Date | | City and State |

JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

Name and Title of Judicial Officer

AUSA Paul Jones

Paul.Jones@usdoj.gov

Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Travis McGhie, a Task Force Officer for Homeland Security Investigations within the United States Department of Homeland Security, depose and say under penalty of perjury:

1.  This affidavit is submitted in support of a criminal complaint for Stephen Ronan MURPHY.  As set forth herein, I respectfully submit there is probable cause to believe that on or around April 29, 2026, in the Northern District of Georgia, Stephen Ronan MURPHY, a citizen of Ireland, was encountered at the border, or at an equivalent of a border, of the United States of America and was found to have violated Title 18, United States Code, Section 2252(a)(1), which prohibits knowingly transporting or shipping using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, any visual depiction, the producing of which involves the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct.

## BACKGROUND OF AFFIANT

2.  I am a Task Force Officer (TFO) with Homeland Security Investigations (HSI), Department of Homeland Security, in Atlanta, GA, and have been since 2021. I am part of the Border Enforcement Security Task Force (BEST) at Hartsfield-Jackson Atlanta International Airport, Atlanta, GA. I am a law enforcement officer of the United States within the meaning of Title 8, United States Code, Section 1357(a)(5), that is, an officer of the United States who is empowered to conduct investigations of, and to make arrests for, certain offenses enumerated in Titles 8, 18, 19, 21 and 31 of the United States Code, and other related offenses. In addition, I am an Enforcement Officer with United States Customs and Border Protection (CBP) and have been since December 2001. I also hold a bachelor's degree.

1

3.  During my employment with the Department of Homeland Security, I have received training from CBP related to identifying the techniques, methods and procedures employed by groups, organizations, companies, corporations, and individuals involved in the smuggling and trafficking of controlled substances, trafficking of humans, and smuggling of illicit merchandise. As a CBP Officer, I am responsible for America's border security at ports of entry, and for safeguarding our country and communities from terrorism, illegal activity, narcotics, and human trafficking. As a TFO with HSI, I have received specific instruction in the investigation and prosecution of offenses involving the smuggling, trafficking, distribution, sale and possession of controlled substances, laundering of proceeds, fraud, and offenses related to child sexual exploitation offenses.

4.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is probable cause for the requested warrant and does not set forth all my knowledge about this matter.

**STATEMENT OF PROBABLE CAUSE**

5.  On or around April 29, 2026, TFO McGhie received a call from Customs and Border Protection (CBP) located at ATL.  CBP Officer (CBPO) Gisel Valentin indicated, she encountered Stephen MURPHY in CBP Baggage Secondary upon his return from Santiago, Chile via Delta Air Lines flight number 146. CBPO Valentin indicated MURPHY was referred to CBP Baggage Secondary as there was an alert in the law enforcement database that indicated MURPHY may have purchased Child Sexual Abuse Material (CSAM).

6.  A binding declaration was taken by CBPO Valentin; that is, MURPHY claimed to have packed his bags, stated that the contents inside the suitcase belong to him, and that he was not given anything to bring to the U.S. CBPO Valentin

2

asked MURPHY to empty his pockets, where two cell phones were discovered. CBPO Valentin asked if MURPHY had any additional electronics, to which MURPHY indicated he had two laptops in his knapsack. MURPHY indicated that one cell phone and laptop are his personal devices, and the additional cell phone and laptop were devices issued by his employer. CBPO Valentin gave MURPHY a CBP agency issued "Inspection of Electronic Devices" tear sheet. CBPO Valentin conducted a manual review of the photo application within MURPHY's personal iPhone 16, where she discovered a video within a deleted folder, of a naked age-questionable male ejaculating. CBPO Valentin ceased her inspection, set all electronics aside and contacted TFO McGhie.

7.   TFO McGhie conducted a manual review of MURPHY's iPhone 16. Within the photo application, TFO McGhie discovered several videos contained within a "hidden" folder, of minor children engaged in sexually explicit conduct. For example, one video dated August 11, 2025, named "mLV73j1fcyamfYNd," showed a prepubescent male performing oral sex with a male. In addition to video, TFO McGhie discovered an artificial intelligence image, dated August 19, 2025, watermarked "Jinnosigei", file "889b8705d14c4129__1_", of an adult male performing sexual intercourse on an infant.

8.   MURPHY was brought to an interview room located within the CBP Federal Inspection Service Area, where TFO McGhie and HSI Special Agent (SA) Davin Stewart introduced themselves, with badges and credentials, and advised MURPHY that they wish to conduct an interview. TFO McGhie initially asked MURPHY questions relevant to his travel, such as, name, where he was coming from, U.S. address, phone number and employment history.  MURPHY was advised of his *Miranda* rights, and he requested an attorney before any questioning.

9.  At approximately 10:35 hours, TFO McGhie advised MURPHY that he was being arrested for violation of Title 18, United States Code, Section 2252(a)(1), based upon the files discovered on his cell phone.

10.  As documented above, MURPHY,  a citizen of Ireland, was encountered in the United States on April 29, 2026, and was found to have violated Title 18, United States Code, Section 2252(a)(1), which prohibits knowingly transporting or shipping using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, any visual depiction, the producing of which involves the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct.